No. D–981. IN RE DISBARMENT OF LOVING. Disbarment entered. [For earlier order herein, see 499 U. S. 903.]

No. D–1010. IN RE DISBARMENT OF BOLTON. It is ordered that George J. Bolton, of North Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1011. IN RE DISBARMENT OF THOMPSON. It is ordered that Beverly Kay Thompson, of Cherry Hill, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1012. IN RE DISBARMENT OF LUKAS. It is ordered that Thomas James Lukas, of Long Island City, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1013. IN RE DISBARMENT OF MILLER. It is ordered that Michael Albert Miller, of Tualatin, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 112, Orig. WYOMING v. OKLAHOMA. Motion of Wyoming Mining Association for leave to file a brief as amicus curiae granted. Exceptions to Report of the Special Master filed by Wyoming and Brief on the Merits filed by Oklahoma are set for oral argument in due course. [For earlier order herein, see, e. g., 499 U. S. 903.]

No. 90–681. HAFER v. MELO ET AL. C. A. 3d Cir. [Certiorari granted, 498 U. S. 1118.] Motions of American Federation of Labor and Congress of Industrial Organizations and Kenneth W. Fultz for leave to file briefs as amici curiae granted.

No. 90–1014. LEE ET AL. v. WEISMAN, PERSONALLY AND AS NEXT FRIEND OF WEISMAN. C. A. 1st Cir. [Certiorari granted, 499 U. S. 918.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.